# Exhibit A

## Photographs of Anthony Vince Trade Dress











