# Exhibit B

# Photographs of Defendants' Salon







